# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FEDERAL NAT'L MORTGAGE ASSOC.,<br>    Plaintiff,<br><br>v.<br><br>STEPHEN A LEICHT, *et al.*,<br>    Defendants. | CIVL ACTION NO. 21-CV-2322 |

## ORDER

AND NOW, this 9th day of July, 2021, upon consideration of Defendant Stephen A. Leicht's Motion to Proceed *In Forma Pauperis* (ECF No. 1), his *pro se* Notice of Removal (ECF No. 2), and the Motion to Remand filed by Plaintiff Federal National Mortgage Association (ECF No. 4), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Notice of Removal is **DEEMED** filed.

3. The Motion to Remand (ECF No. 4) is **GRANTED**.

4. This action is **REMANDED** to the Court of Common Pleas for Bucks County pursuant to 28 U.S.C. § 1447(c) for the reasons stated in the Court's Memorandum.

5. The Clerk of Court shall **CLOSE** this case.

                           **BY THE COURT:**

                           **/s/ Gerald Austin McHugh**
                           **GERALD A. MCHUGH, J.**